AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Waverly Licensing, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22cv6599 |
| Phihong USA Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Phihong USA Corporation.

Date:   12/21/2022

*Attorney's signature*

Edmond R. Bannon (Bar No. EB0494)
*Printed name and bar number*
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036

*Address*

bannon@fr.com
*E-mail address*

(212) 765-5070
*Telephone number*

(212) 258-2291
*FAX number*